IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

IN RE: BRAZZEL, KAREN ANN       CASE NO.:  4:18-71520
   DEBTOR                 CHAPTER 7

DIAMOND BANK              MOVANT

VS.

KAREN ANN BRAZZEL, Debtor, and
RENEE S. WILLIAMS, Chapter 7 Trustee      RESPONDENTS


<u>TRUSTEE'S RESPONSE TO MOTION
FOR RELIEF FROM AUTOMATIC STAY</u>

   Comes now Renee S. Williams, Chapter 7 Trustee for the above-referenced case (hereinafter the "Trustee") and for her Response to the Motion for Relief From Stay (hereinafter the "Motion") filed by Diamond Bank (hereinafter the "Bank"), states and alleges as follows:

   1.   The Trustee admits the allegations contained in paragraphs 1, 2, 5, 6, 7, and 8 of the Motion.

   2.   The Trustee is without sufficient information to admit or deny the allegations contained in paragraphs 3, 4, and 9 of the Motion.

   3.   The Trustee denies the allegations contained in paragraph 10 of the Motion.

   4.   Pleading affirmatively, the Trustee asserts that she has not concluded her investigation of the debtor's financial affairs and has not had the opportunity to question the debtor, and others, regarding the documentation and property that is the subject of the Motion, as the Trustee was unaware of the existence of the automobile and the Bank's claim and interest therein at the time that the debtor's initial § 341(a) meeting was held. A continued § 341(a) meeting for the debtor is scheduled for September 11, 2018, at which time the Trustee intends to further investigate the matters at issue in the Motion. Accordingly, the Motion should be held in abeyance until such time as the Trustee has concluded her investigation of the debtor's financial affairs.

5.      Pleading further, the Trustee asserts that, according to the schedules filed by Ben Lyle Brazzel (hereinafter "BLB"), in his Chapter 13 Bankruptcy proceeding (U.S.B.C. Case Number 4:18-bk-71706, Western District of Arkansas, Texarkana Division), the 2016 Jeep Wrangler (hereinafter the "Jeep") that is the subject of the Bank's Motion has a value of $30,925.00 and, according to the Proof of Claim filed by the Bank in BLB's Chapter 13 case, the indebtedness on the Jeep is $17,751.12. Thus, it appears that the equity in the Jeep is, or may be, in excess of $13,000.00. This equity has not been claimed as exempt by the debtor in the instant case or by BLB in his Chapter 13 case, therefore the equity in the Jeep is property of the instant Bankruptcy Estate.

6.      Based upon the allegations contained hereinabove in paragraph 5, the Trustee denies that the relief from stay sought in the Motion, which would allow liquidation of the Jeep by the Bank, should be granted, however, in the event that relief from stay is granted in this matter and a sale of the Jeep does occur, the Trustee asserts that the equity should not be abandoned from the Estate and any excess proceeds that are, or might be, realized from a sale should be accounted for and remitted to the Trustee for administration consistent with future Orders of this Honorable Court.

WHEREFORE, the Trustee prays that this Honorable Court enter its Order denying the Motion for Relief From Stay filed by Diamond Bank; alternatively, this Court should hold the said Motion in abeyance and afford the Trustee the opportunity to complete her investigation of the debtor's financial affairs; and this Court should award to the Trustee all other just and proper relief to which she may be entitled.

Respectfully submitted,

/s/ Renee S. Williams
Renee S. Williams, Arkansas Bar Number 83-182
Bankruptcy Trustee
125 Roberts Ridge Terrace
Hot Springs, AR  71901-7286
(501) 624-4330
rwilliamstrustee@gmail.com

**CERTIFICATE OF SERVICE**

I, RENEE S. WILLIAMS, do hereby certify this 29th day of August, 2018, that I have electronically filed the foregoing with the Clerk of the United States Bankruptcy Court for the Eastern and Western Districts of Arkansas using the CM/ECF system. The United States Trustee and other participants who are registered CM/ECF users will be served by the CM/ECF system. I have also served a copy of the above and foregoing by placing a copy of same in the U. S. Mail, postage prepaid, addressed to RICHARD L. COX, Attorney for Daimond Bank, 364 Long Point Road, Hot Springs, AR 71913.

/s/ Renee S. Williams
Renee S. Williams